## Milliken, Appellant, *v.* Reed.

Argued Nov. 10, 1902.  Appeal, No. 189, Oct. T., 1902, by plaintiff, from judgment of C. P. No. 3, Allegheny County, Aug. T., 1902, No. 498, on case stated in case of Elizabeth Matilda Milliken v. J. Allison Reed.  Before MITCHELL, DEAN, FELL, BROWN, MESTREZAT and POTTER, JJ.  Reversed.

OPINION BY MR. JUSTICE DEAN, January 5, 1903:

This is an appeal from the judgment in a case stated for the interpretation of the will of T. P. Simpson, deceased, of Pittsburg.  The devise to this appellant is in the fifth clause of the same will passed upon in the appeal of Martha Bell Simpson, ante, p. 53.  The language in the fifth clause is precisely the same as in the fourth and is subject to the same interpretation.

The judgment is reversed and judgment is entered for the plaintiff on case stated.